IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02130-PSF-MEH

HERBERT L. WITTOW,

    Plaintiff,

v.

MERCK & CO., INC.,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

    This matter is before the Court on the parties' Joint Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Dkt. # 8).  Upon consideration of the motion, the Court finds that it should be GRANTED.  The Court hereby stays all pretrial proceedings including all deadlines pursuant to the Federal Rules of Civil Procedure and C.R.S. § 13-21-111.5 in this action, pending determination by the MDL Panel of the transfer of this case to the proceedings in MDL No. 1657.

    DATED:  November 3, 2006

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge